February 10, 2006

Mr. Christopher Tramonte
Tramonte & Associates
Wortham Tower, Suite 1815
2727 Allen Parkway
Houston, TX 77019

Mr. Michael H. Bagot
Wagner & Bagot
650 Poydras Street, Ste. 2660
New Orleans, LA 70130
Mr. H. Dwayne Newton
Nelson McCormick Hancock & Newton
1900 W. Loop South Ste. 700
Houston, TX 77027

Mr. Sam Baxter
McKool Smith, P.C.
P.O. Box O
Marshall, TX 75671

RE: Case Number: 06-0020
 Court of Appeals Number:
 Trial Court Number: 99-0199-1

Style: IN RE LUMBERMENS MUTUAL CASUALTY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas lifted the stay order in the above-
referenced petition for writ of mandamus. The temporary injunction
pendente lite granted January 18, 2006 is lifted.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Sherry |
| |Griffis |